THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 24, 2014

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:

| Fifi Latosha Wilks, | Case No. 14-24127-GMH |
|---|---|
| Debtor. | Chapter 7 |

**ORDER**

Based on the debtor's motion,

IT IS ORDERED that automatic stay is modified to allow the debtor and Ocwen Loan Servicing, LLC to enter into a loan modification agreement.

#####